2004v00224
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE  1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DUNG NGUYEN, | ) | CIVIL NO. 04-00504 JMS-LEK |
| | ) | |
| PLAINTIFF, | ) | STIPULATION FOR DISMISSAL WITH |
| | ) | PREJUDICE; ORDER |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; | ) | |
| UNKNOWN NAMED AGENTS OF THE | ) | |
| UNITED STATES OF AMERICA; JOHN | ) | |
| DOES 1-10; JANE DOES 1-10, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| | ) | |
| | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above entitled action as to defendant United States of

America be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or parties.

                                         EDWARD H. KUBO, JR.
                                         United States Attorney
                                         District of Hawaii

/s/ Eric A. Seitz                      /s/ R. Michael Burke
_____             _____
ERIC A. SEITZ                           R. MICHAEL BURKE
                                          Assistant U.S. Attorney
Attorney for Plaintiff
WAYNE HILL                               Attorneys for Defendant
                                            UNITED STATES OF AMERICA

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, January __24,__, 2006.



                                    _____
                                    J. Michael Seabright
                                    United States District Judge

<u>Dung Nguyen v. USA et al.</u>
Civil No. 04-00504 JMS-LEK
"Stipulation of Dismissal with Prejudice"